# 09 CA 12180 NMG

## PLAINTIF'S AFFIDAVIT OF INDIGENCY

I, Bruce Namenson hereby say as follows:

1. That on October 14, 2008, I was incarcerated at Norfolk County House of Correction;
2. That Plaintiff lacks sufficient funds to file the documents contained herein.

Signed under the pains and penalties of perjury.

*[signature]*

Bruce Namenson